**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YITZCHOK ROKOWSKY, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VERICITY, INC., MEMBERS MUTUAL, FIDELITY LIFE ASSOCIATION, APEX HOLDCO L.P., ERIC RAHE, CALVIN DONG, SCOTT PERRY, RICHARD HEMMINGS, JAMES E. HOHMANN, JAMES SCHACHT, LINDA WALKER BYNOE, STEVEN GROOT, JOHN FIBIGER, and NEIL ASHE,<br><br>　　　　　Defendants. | Case No. 1:20-cv-456 |

**EXHIBITS TO DEFENDANTS'
MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS**

| **Exhibit Reference** | **Description** |
|---|---|
| Exhibit A | Vericity, Inc. Form 8-K, filed with the SEC on Aug. 9, 2019 |
| Exhibit B | Vericity, Inc. Prospectus, filed with the SEC on June 20, 2019 (excerpted) |
| Exhibit C | Second Amended and Restated Members Mutual Holding Company Plan of Conversion from Mutual Holding Company to Stock Form, Ex. 2.1 to Form S-1 filed with the SEC on June 4, 2019 |