## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Yitzchok Rokowsky

                        Plaintiff,

v.                                         Case No.: 1:20−cv−00456
                                                  Honorable Andrea R. Wood

Vericity, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Having reviewed the parties' joint initial status report [39], the status hearing set for 6/16/2020 is stricken. Status hearing reset for 10/14/2020 at 9:15 AM. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.