IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YITZCHOK ROKOWSKY, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERICITY, INC., MEMBERS MUTUAL, FIDELITY LIFE ASSOCIATION, APEX HOLDCO L.P., ERIC RAHE, CALVIN DONG, SCOTT PERRY, RICHARD HEMMINGS, JAMES E. HOHMANN, JAMES SCHACHT, LINDA WALKER BYNOE, STEVEN GROOT, JOHN FIBIGER, and NEIL ASHE,<br><br>　　　　Defendants. | Case No. 1:20-cv-456<br><br>Hon. Andrea R. Wood |

## JOINT STATUS REPORT

In advance of the status hearing currently scheduled for October 14, 2020, the parties respectfully refer the Court to their June 8, 2020 Initial Status Report (Dkt. No. 39; attached as Exhibit A). The matters enumerated in that report are still accurate, except that the Motion to Dismiss that was not fully briefed as of the date of that report was fully briefed on July 23, 2020.

Date: October 7, 2020　　　　　　　　　　　　　　　　Respectfully submitted,


By: */s/ Eric S. Mattson*　　　　　　　　　　　　　　By: */s/ Patrick Howard*
　　Counsel for Defendants　　　　　　　　　　　　　　Counsel for Plaintiff

Walter C. Carlson　　　　　　　　　　　　　　　　　**SALTZ MONGELUZZI**
Eric S. Mattson　　　　　　　　　　　　　　　　　　**& BENDESKY, P.C.**

1

Elizabeth Y. Austin
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Phone: (312) 853-7000
*wcarlson@sidley.com*
*emattson@sidley.com*
*laustin@sidley.com*

Simon B. Paris
Patrick Howard
Charles J. Kocher
1650 Market Street, $52_{nd}$ Floor
Philadelphia, PA 19013
215.496.8282
215.496.0999 (fax)
*Sparis@smbb.com*
*Phoward@smbb.com*
*Ckocher@smbb.com*

**WEXLER WALLACE, LLP**
Edward A. Wallace
Mark R. Miller
55 W Monroe St
Suite 3300
Chicago, IL 60603
(312) 346-2222
*eaw@wexlerwallace.com*
*mrm@wexlerwallace.com*

**ROGERS CASTOR**
Lance Rogers
Daniel J. Mirarchi
26 E. Athens Ave.
Ardmore, PA 19003
610-649-1880
877-649-1880 (fax)
*Lance@RogercCastor.com*
*Dan@RogersCastor.com*

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
Raina Borrelli
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
DGustafson@gustafsongluek.com
RBorrelli@gustafsongluek.com

**BONI, ZACK & SNYDER LLC**
Michael J. Boni
Joshua D. Snyder
15 St. Asaphs Road
Bala Cynwyd, PA 19004

(610) 822-0200  
(610) 822-0206 (fax)  
mboni@bonizack.com  
jsnyder@bonizack.com

Case: 1:20-cv-00456 Document #: 47 Filed: 10/07/20 Page 3 of 4 PageID #:561

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2020, I caused a copy of the foregoing Joint Status Report to be filed via the electronic filing system for the U.S. District Court for the Northern District of Illinois, which will send a Notice of Electronic Filing to all attorneys of record.

                                        */s/ Elizabeth Y. Austin*
                                        Counsel for Defendants